**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2077-24

MARILYN CAPUTO,

    Plaintiff-Respondent,

v.

ICGNEXT LLC, LPL
FINANCIAL LLC, MICHAEL
BONEVENTO and SANDRA
LASPINA,

    Defendants,

and

INTELLECTUAL
CAPITAL GROUP LLC,

    Defendant-Appellant.

_____

Submitted October 1, 2025 – Decided October 9, 2025

Before Judges Mayer, Paganelli and Vanek.

On appeal from an interlocutory order of the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-2314-23.

Chiesa Shahinian & Giantomasi, PC, attorneys for appellant (Catherine P. Wells and Ashley V. Whitney, on the briefs).

McOmber McOmber & Luber, PC, attorneys for respondent (Peter D. Valenzano, of counsel and the brief; Tiffany M. Yacullo, on the brief).

PER CURIAM

We were advised prior to argument that this matter was settled, and the parties have executed a stipulation of dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Hanley

Clerk of the Appellate Division

A-2077-24